UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOHNEISHA SHELTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:23-cv-00844-RCY |
| | ) |
| EMERGENCY COVERAGE CORPORATION, | ) |
| | ) |
| and | ) |
| | ) |
| MEDLYTIX, LLC, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT MEDLYTIX, LLC'S'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the United States District Court for the Eastern District of Virginia, the undersigned counsel for Medlytix, LLC ("Medlytix"), certify that Medlytix is a limited liability company owned by AJK3 Holdings, LLC; Medlytix Investment Partners, LLC; Tony Martin Family Ventures, Inc.; Laurent Conseil; and Stephanie Conseil.  Medlytix has no parent, subsidiary, or affiliate entities that have issued stock or debt securities to the public.

Dated: January 9, 2024

Respectfully submitted,

/s/ *Bryan A. Fratkin*
Bryan A. Fratkin (VSB No. 38933)
Katherine E. Lehnen (VSB No. 92357)
McGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
Tel.:  (804) 775-1000
Fax:  (804) 775-1061
bfratkin@mcguirewoods.com
klehnen@mcguirewoods.com
*Counsel for Defendant Medlytix, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on January 9, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Bryan A. Fratkin*
Bryan A. Fratkin

*Counsel for Defendant Medlytix, LLC*
