# EXHIBIT A



January 27, 2022

STATE FARM (R) AFFILIATE
CIOS - 00
ONE STATE FARM PLAZA
BLOOMINGTON, IL 61710

*** CONFIDENTIAL THIRD PARTY MEDICAL BILL AND NOTICE OF UNPAID MEDICAL DEBT ***

| | |
|---|---|
| Insured Patient: | Johneisha Shelton |
| Insurance Claim Number: | █████942Z |
| Insurance Policy Number: | █████646V |
| Date of Loss: | 12/18/2021 |
| Amount Due: | $1,177.00 |
| Service Provider Group: | Emergency Coverage Corp |
| Patient Account Number: | █████2/401 |

To the insurance claims adjustor or specialist:

Medlytix is submitting medical bills on behalf of Emergency Coverage Corp, for treatment rendered to the above patient. According to our records, the patient's medical treatment costs are covered under automobile insurance policy #█████646V, issued by your company. Enclosed is a treatment register of diagnosis and procedure codes rendered by the provider to the insured, Johneisha Shelton, due to injuries received from a covered motor vehicle accident. If Medical Records are required, please return our preprinted form. You may use your preferred carrier standard form of communication with Medlytix to make the request.

Please send your payment and the attached remittance page to:

EMERGENCY COVERAGE CORP
PO BOX 740011,
ATLANTA, GA 30374-0011

☐ Include Insured Patient's name and the Patient Account Number: █████2/401 on the check. If you have already submitted payment, please forward a copy of your payment register to Medlytix. If an attorney is representing this case for settlement, please notify Medlytix with their contact information.

**How to Contact Us:** If you have questions or need further assistance regarding this bill or related information, you may contact us via the following channels. **Please send patient specific information only through secure encrypted email, mail or fax.**

**Medlytix Patient Account Service**
**675 Mansell Road, Suite 205**
**Roswell, GA 30076-8867**
678-507-0333        Voice for Medlytix PFS Billing Inquires
PFS@Medlytix.com   Email Correspondence
678-278-2578        Fax Correspondence

Confidential Protected Patient Information for Named Carrier's Claims Processor Only. If you are not the intended recipient of this information please return to Medlytix PFS by contacting us at *678-507-0327*.

Page 1 of 5



January 27, 2022

| | |
|---|---|
| Insured Patient | Johneisha Shelton |
| Claim Number | ▮942Z |
| Policy Number | ▮646V |
| Account Number | ▮2/401 |
| Date of Loss | 12/18/2021 |
| Date of Service | 12/18/2021 |
| Charges | $1,177.00 |
| Paid | $0.00 |
| Amount Due | $1,177.00 |

▮▮▮MAKE CHECKS PAYABLE TO:▮▮▮▮
EMERGENCY COVERAGE CORP
PO BOX 740011,
ATLANTA, GA 30374-0011

BILL TO:
STATE FARM (R) AFFILIATE
CIOS - 00
ONE STATE FARM PLAZA
BLOOMINGTON, IL 61710

Diagnosis Code(s):

| ICD Code | Description |
|---|---|
| ▮▮▮ | ▮▮▮ |

Procedure(s) and Charge(s):

| No. | Svc. Date | HCPCS | Description | Unit | Charge |
|---|---|---|---|---|---|
| 1 | 12/18/2021 | 99284 | EMERGENCY DEPT VISIT | 1 | 1,177.00 |
| | | | | Total | $1,177.00 |

For immediate settlement arrangements of this bill-debt, please contact us by email at PFS@Medlytix.com. Please include the patient account number in your email to Medlytix.

Confidential Protected Patient Information for Named Carrier's Claims Processor Only. If you are not the intended recipient of this information please return to Medlytix PFS by contacting us at *678-507-0327*.



January 27, 2022

| Insurance Carrier/Patient/Attorney Remittance, to ensure accurate posting of your payment, please include this document with your payment/checks. |

On behalf of EMERGENCY COVERAGE CORP, Medlytix has billed the following carrier and the remittance should be posted to this carrier:

STATE FARM (R) AFFILIATE

---

REMITTANCE

EMERGENCY COVERAGE CORP
PO BOX 740011,
ATLANTA, GA 30374-0011

| | |
|---|---|
| PATIENT NAME: | JOHNEISHA SHELTON |
| SERVICE DATE: | 12/18/2021 |
| PATIENT ACCT: | ▮▮▮▮2/401 |
| CLAIM NUMBER: | ▮▮▮▮942Z |
| AMOUNT DUE: | $1,177.00 |
| CHECK NUMBER: | |
| AMOUNT ENCLOSED: | |

☐ If paying by electronic means or credit card, please include MEDLYTIX HOLD ACCOUNT and STATE FARM (R) AFFILIATE.

---

*Thank You*

Confidential Protected Patient Information for Named Carrier's Claims Processor Only. If you are not the intended recipient of this information please return to Medlytix PFS by contacting us at *678-507-0327*.



## Information Request Form from Medlytix and/or Provider

This optional form may be used to correspond with Medlytix. Information requests may include: Medical Records, questions or clarifications for the provider, and/or information correction. If you believe the information provided is incorrect or incomplete, please let us know.

The following request to Medlytix pertains to:

| | |
|---|---|
| Insured Patient: | Johneisha Shelton |
| Insurance Claim Number: | ▇▇▇942Z |
| Insurance Policy Number: | ▇▇▇646V |
| Service Provider Group: | Emergency Coverage Corp |
| Patient Account Number: | ▇▇▇2/401 |

| Request | Details |
|---|---|
| **Medical Records** | ☐ Yes  ☐ No<br>Please check _Yes_ if you require Medical Records in order to process this bill, and provide us with a secure fax number to send the medical records. If this is a third party request for Medical Records, a **signed Medical Authorization** document from the patient will be required in order to send Medical Records. |
| **SSN, DOB**, etc. | If the information provided is believed to be incomplete, please provide the following related information (For example, Patient DOB or SSN): |
| Feedback or **Status Update** | If you believe any of the information provided in this bill is incorrect, please specify your change request or related information here (For example, Patient was not our insured at the time of accident): |

This form contains protected patient confidential information. This form should only be transmitted in a secure manner to Medlytix at the contact information provided below. Please ensure that your communications meet or exceed your company policy and all applicable State and Federal regulations regarding privacy and security of protected patient information. Information may be sent by secure email, secure Fax or Mail to any of the following:

**Medlytix Patient Account Service**
675 Mansell Road, Suite 205
Roswell, GA 30076-8867
678-507-0333        Voice for Medlytix PFS Billing Inquires
PFS@Medlytix.com    Email Correspondence
678-278-2578        Fax Correspondence

Confidential Protected Patient Information for Named Carrier's Claims Processor Only. If you are not the intended recipient of this information please return to Medlytix PFS by contacting us at *678-507-0327*.

**STATE FARM (R) AFFILIATE**
Claim #: ████942Z
Policy #: ████646V

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Confidential Protected Patient Information for Name
Carrier's Claims Processor Only. If you are not the
intended recipient of this information, please return
to Medlytix PFS by contacting us at 678-507-0327.

| | |
|---|---|
| PICA | PICA |

1. MEDICARE ☐  MEDICAID ☐  TRICARE ☐  CHAMPVA ☐  GROUP HEALTH PLAN ☐  FECA BLKLUNG ☐  OTHER ☒
1a. INSURED'S I.D. NUMBER (For Program in Item 1): ████942Z

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): **SHELTON, JOHNEISHA**
3. PATIENT'S BIRTH DATE: ██ ██ ██  SEX: M☐ F☒
4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS (No., Street): [redacted]
6. PATIENT RELATIONSHIP TO INSURED: Self ☐ Spouse ☐ Child ☐ Other ☒
7. [redacted]

CITY: **RICHMOND**  STATE: **VA**
8. RESERVED FOR NUCC USE
[redacted]

ZIP CODE: **23225**  TELEPHONE: ( **804** ) ███-████

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER: ████646V

a. OTHER INSURED'S POLICY OR GROUP NUMBER
a. EMPLOYMENT? (Current or Previous): YES ☐  NO ☒
a. INSURED'S DATE OF BIRTH: MM DD YY  SEX: M☐ F☐

b. RESERVED FOR NUCC USE
b. AUTO ACCIDENT?: YES ☒  NO ☐  PLACE (State): **VA**
b. OTHER CLAIM ID (Designated by NUCC): Y4 ████942Z

c. RESERVED FOR NUCC USE
c. OTHER ACCIDENT?: YES ☐  NO ☒
c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
10d. CLAIM CODES (Designated by NUCC)
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐  NO ☐

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: **SIGNATURE ON FILE**  DATE: **12/18/21**
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: **SIGNATURE ON FILE**

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): **12 18 21**  QUAL: **431**
15. OTHER DATE  QUAL: **439**  MM **12** DD **18** YY **21**
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM — TO —

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM — TO —

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)
20. OUTSIDE LAB? YES ☐ NO ☐  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  ICD Ind. **0**
A. [redacted]  B. [redacted]  C.  D.
E.  F.  G.  H.
I.  J.  K.  L.
22. RESUBMISSION CODE  ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From – To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1  12 18 21  12 18 21 | 23 | Y | [redacted] | | [redacted] | 1177 00 | 1 | | ZZ NPI | 207P00000X 1720185549 |
| 2 | | | | | | | | | NPI | |
| 3 | | | | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: [redacted]  SSN ☐ EIN ☒
26. PATIENT'S ACCOUNT NO.: ████2/401
27. ACCEPT ASSIGNMENT? YES ☒ NO ☐
28. TOTAL CHARGE: $ **1177 00**
29. AMOUNT PAID: $ **0 00**
30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
**NEVAN CHANG**
SIGNED: **SIGNATURE ON FILE**  DATE: **121821**

32. SERVICE FACILITY LOCATION INFORMATION
**CHIPPENHAM HOSPITAL**
**7101 JAHNKE RD**
**RICHMOND, VA 23225**
a. **1598708513**  b.

33. BILLING PROVIDER INFO & PH #
**EMERGENCY COVERAGE CORP**
**PO BOX 740011,**
**ATLANTA, GA 30374-0011**
a. **1427005008**  b.

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-1197 FORM 1500 (02-12)

Page 5 of 5

| Form **W-9**<br>(Rev. October 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification**<br>▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | Give Form to the<br>requester. Do n[ot]<br>send to the IRS. |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
**EMERGENCY COVERAGE CORPORATION**

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.
☐ Individual/sole proprietor or single-member LLC    ☒ C Corporation    ☐ S Corporation    ☐ Partnership    ☐ Trust/estate
☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____
Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.
☐ Other (see instructions) ▶

**4** Exemptions (codes apply only [to] certain entities, not individuals; see instructions on page 3):
Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____
*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.
**PO BOX 740011**

**6** City, state, and ZIP code
**ATLANTA, GA 30374-0011**

Requester's name and address (optional)

**7** List account number(s) here (optional)

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

Note: If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number: ☐☐☐ - ☐☐ - ☐☐☐☐
or
Employer identification number: [redacted]

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I a[m] no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholdi[ng because] you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**    Signature of U.S. person ▶ [redacted]    Date ▶ 11-2020

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information

- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

returns include, but are not limited to, the following.
* Form 1099-INT (interest earned or paid)

If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.

Cat. No. 10231X

Form **W-9** (Rev. 10-20